# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DALFIO,<br><br>Plaintiff,<br><br>v.<br><br>CRISTA HUBBARD and DOES 1 through 10,<br><br>Defendants. | Case No. 21-cv-821-MMA (AHG)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 13] |

On January 3, 2022, Plaintiff Victor Dalfio ("Plaintiff") and Defendant Crista Hubbard filed a joint motion seeking leave for Plaintiff to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Upon due consideration, good cause appearing, the Court **GRANTS** the motion. Plaintiff must file a First Amended Complaint, if any, on or before **January 7, 2022**.

**IT IS SO ORDERED**.

Dated: January 4, 2022

HON. MICHAEL M. ANELLO
United States District Judge